## Tuesday, October 11, 1994
## MISCELLANEOUS DISMISSALS

**91–1986.** Barber v. Voinovich. This cause originated in this court on the filing of a complaint for declaratory judgment, injunctive and related relief. On October 7, 1991, a notice of filing for removal to the United States District Court for the Southern District of Ohio, Eastern Division, was filed by respondents Thomas E. Ferguson and Barney Quilter. On June 29, 1994, this court issued an order to show cause why this case should not be dismissed. By letter filed July 18, 1994, counsel for respondents Voinovich, Aronoff and Taft advised that a final order dismissing the case in the United States District Court was entered on November 19, 1993, no party appealed from the entry of judgment, and the case had been concluded. Upon consideration thereof,

IT IS ORDERED by the court, *sua sponte*, that this case be, and hereby is, dismissed, effective October 7, 1994.

**92–2436.** State ex rel. Storey v. Larson. In Mandamus. This case originated in this court on the filing of a complaint for a writ of mandamus. On July 7, 1994, it then appearing to the court that Mark W. Price, attorney for relator, was deceased, this court ordered relator to show cause why this case should not be dismissed. Relator filed no response to the show cause order. Accordingly,

IT IS ORDERED by the court, *sua sponte*, that this case be, and hereby is, dismissed without prejudice, effective October 7, 1994.

## Wednesday, October 12, 1994
## MOTION DOCKET

**94–1917.** Heritage Mut. Ins. Co. v. Haas. *Summit County*, Nos. 16488 and 16571. On motion to reverse without opinion. Motion denied. On application for stay of execution. Application denied.

## DISCIPLINARY DOCKET

**94–2127.** In re Rocker. Pursuant to the provisions of Gov.Bar R. V(5)(A)(3), Andrew J. Rocker of Cambridge, Ohio, Attorney Registration No. 0011981, is indefinitely suspended from the practice of law in the state of Ohio.